IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MANNA | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-3980-EL |
| | : | |
| BAYER CORPORATION, et al. | : | |

**ORDER**

  **AND NOW,** this 3rd day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [ ] - Order staying these proceedings pending disposition of a related action.

  [ ] - Order staying these proceedings pending determination of arbitration proceedings.

  [ ] - Interlocutory appeal filed

  [ X ] - Other:  pending receipt of the Case Transfer Order from the Judicial Panel on Multi-District Litigation transferring case to District of Minnesota.

it is

  **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

  **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                  **BY THE COURT:**

                  _____
                               J.

Civ. 13 (8/80)